JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINECT RENEWABLE SOLUTIONS LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AMERICAN TRANSPORTATION, a corporation, MARQUIS BOND, an individual, IMB LOGISTICS INC., a corporation, AND HNR TRUCKING LLC, a limited liability company,<br><br>Defendants. | CASE NO. 5:24-cv-00051-SSS-SPx<br><br>**JUDGMENT** |

1
**JUDGMENT**

After full consideration of the pleadings and papers on file in this case and the evidence on record, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiff, Kinect Renewable Solutions, LLC shall recover from Defendants United American Transportation, Marquis Bond, and IMB Logistics, Inc., jointly and severally, the amount of $190,500.00 in compensatory damages. Additionally, Kinect Renewable Solutions, LLC shall recover from Defendants Marquis Bond and United American Transportation, jointly and severally, the amount of $71,807.64 in attorneys' fees and costs.

DATED: May 28, 2025

_____
SUNSHINE S. SYKES
United States District Judge

2
**JUDGMENT**